IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LORENZO PEARSON and CLARISSA PEARSON, ) ) ) | |
| Plaintiffs, ) ) | |
| v.  ) ) | CASE NO. 1:15-CV-79-WKW |
| BILL FILMORE and THE COMMERCIAL BANK OF OZARK, ) ) ) ) ) | |
| Defendants. ) | |

## **ORDER**

On August 12, 2015, the Magistrate Judge filed a Recommendation (Doc. # 5) to which Plaintiffs object (Doc. # 6). Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), it is ORDERED as follows:

(1) Plaintiffs' objection (Doc. # 6) is OVERRULED;

(2) The Recommendation (Doc. # 5) is ADOPTED;

(3) Plaintiffs' complaint is DISMISSED pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii);

(4) Plaintiffs' motion for leave to proceed *in forma pauperis* (Doc. # 2) is GRANTED; and

(5) Plaintiffs' motion to amend (Doc. # 4) their complaint is DENIED.

DONE this 5th day of October, 2015.

                                                /s/ W. Keith Watkins
                                     CHIEF UNITED STATES DISTRICT JUDGE